**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 12, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00978-CV

---

## TOMAS VILLEGAS, Appellant

## V.

## DENISE LONG, Appellee

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1024891**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 8, 2014. On January 5, 2015, appellant informed this court the parties have reached a settlement agreement and appellant no longer desires to pursue an appeal. We construe appellant's notification as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.